UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GIDEON HAMMOND,<br><br>                              Petitioner,<br><br>v.<br><br>JOSIE GASTELO, et al.,<br><br>                              Respondents. | Case No.: 3:20-cv-00261-BAS-DEB<br><br>**ORDER REQUESTING SUPPLEMENTAL BRIEFING** |

       Petitioner Richard Gideon Hammond, proceeding *pro se*, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 challenging his February 21, 2018 conviction and sentence in San Diego Superior Court (Case No. SCS280604). Dkt. No. 1. Petitioner's second ground for relief claims "the trial court relied on improper factors in imposing the upper [sentencing] term." Dkt. No. 1 at 7. Upon review of the petition papers, the Court has identified an issue that requires additional briefing.

       On April 14, 2020, Petitioner filed a Notice of Change of Address and subsequently informed the Court of his March 8, 2020 release from California Men's Colony – West. *See* Dkt. Nos. 6, 10 at 3. In light of Petitioner's release, the Court directs the parties to address whether Petitioner's second ground for relief, challenging the length of his sentence, is moot. *See Caswell v. Calderon*, 363 F.3d 832, 836 (9th Cir. 2004) ("A challenge to a prison sentence becomes moot once the sentence has been served unless the

petitioner continues to suffer collateral consequences.") (citing *United States v. Palomba*, 182 F.3d 1121, 1123 (9th Cir. 1999)).

The Court requests the parties provide supplemental briefing on this issue. Respondent must file its supplemental brief on or before July 15, 2020. Petitioner must file any response on or before July 31, 2020.

**IT IS SO ORDERED**.

Dated:  June 30, 2020

Honorable Daniel E. Butcher
United States Magistrate Judge